IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAREK CHARVAT, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 8:12CV12 |
| Plaintiff, | ) ) | ORDER AND FINAL JUDGMENT |
| v. | ) ) | |
| IDI ATM, LLC, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Case Dismissal (Filing No. 10). The notice complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Notice of Case Dismissal (Filing No. 10) is approved;

2. This action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees in this case.

Dated this 20th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge